**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000189
11-AUG-2015
08:06 AM**

NO. CAAP-15-0000189

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF AMERICA, N.A., Plaintiff-Appellee, v.
CONCEPCION I. ARCE, Defendant-Appellant, and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-0215(1))

ORDER APPROVING THE JULY 29, 2015
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of
Appeal *With Prejudice* as to the Notice of Appeal Filed March 23,
2015," filed July 29, 2015, by Plaintiff-Appellee Bank of
America, the papers in support, and the record, it appears that
(1) the stipulation is dated and signed by counsel for all
parties appearing in the appeal; (2) the parties seek to dismiss
the appeal with prejudice, pursuant to Hawai'i Rules of Appellate
Procedure Rule 42(b); (3) the appeal was docketed April 28, 2015;
and (4) the parties agree to bear their own costs and attorneys'
fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawai'i, August 11, 2015.

Chief Judge

Associate Judge

Associate Judge